**Robert J. GRODEN, Plaintiff–Counter Defendant–Appellee,**

v.

**Jackie Diane ALLEN; et al., Defendants,**

**Richard Brenton Tobias, Defendant– Counter Claimant–Appellant.**

**No. 05–10517**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

July 27, 2006.

Don Bradley Kizzia, Strasburger & Price, Dallas, TX, for Plaintiff–Counter Defendant–Appellee.

Richard Brenton Tobias, Arlington, TX, pro se.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Richard Brenton Tobias, a sanctioned litigant, requests permission to proceed in

---

* Pursuant to 5TH CIR. R. 47.5, the court has     determined that this opinion should not be

forma pauperis on appeal of the district court's imposition of a six-month sentence of imprisonment for contempt of court. Tobias also requests consolidation of this appeal with case number 04–10872, emergency relief from the contempt order, and a stay of judgment and contempt order.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.